UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V | ) CASE NO.: 25-cv-2416 |
| | ) |
| WHOLE FOODS MARKET GROUP, INC., | ) Judge Alexakis |
| d/b/a WHOLE FOODS MARKET | ) Magistrate Judge Valdez |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the Plaintiff, HOWARD COHAN hereby gives notice of the voluntary dismissal of this action without prejudice and without costs to either party because all matters in controversy have been fully resolved.

Respectfully submitted,

HOWARD COHAN

By: /s/*Marshall J. Burt*
His attorney

Marshall J. Burt, Esq.
The Burt Law Group, Ltd.
1338 S. Federal St. #L
Chicago, IL 60605
312-854-3833
marshall@mjburtlaw.com
IARDC #6198381

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2025, I electronically filed this Notice of voluntary Dismissal with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to all attorneys of record and to:

Suzanne Lewis
Baker, Donelson
Monarch Plaza,
3414 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
slewis@bakerdonelson.com

Via email on Apil 10, 2025.

/s/ *Marshall J. Burt*